UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY ANNE PARKES,<br><br>                    Plaintiff,<br><br>       -against-<br><br>LESTER C. WALKER II; GHETTO GASTRO, INC.; GHETTO GASTRO GLOBAL, LLC,<br><br>                    Defendants. | 25-CV-3880 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action invoking the court's federal question jurisdiction. She alleges that after she began working as a sous chef with Defendant Lester C. Walker, a co-founder of Defendants Ghetto Gastro, Inc. and Ghetto Gastro Global, LLC, Walker disseminated private details about his personal relationship with Plaintiff without her consent, causing her to experience sexual harassment in the food industry. The Court dismisses the complaint for the following reasons.

Plaintiff previously submitted a duplicate complaint, alleging the same facts against the same defendants. That case is presently pending before the Honorable Kimba M. Wood of this court under docket number ECF 1: 25-CV-3783, 1 (KMW). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Accordingly, the Court dismisses the complaint without prejudice to Plaintiff's pending case under docket number 25-CV-3783.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of *Parkes v. Walker*, No. 25-CV-3783 (KMW).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   August 8, 2025
        New York, New York

                                                     /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                 Chief United States District Judge