UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY ANNE PARKES,<br><br>                     Plaintiff,<br><br>-against-<br><br>LESTER C. WALKER II; GHETTO GASTRO, INC.; GHETTO GASTRO GLOBAL, LLC,<br><br>                     Defendants. | 25cv3880 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 8, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 12, 2025
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                              Chief United States District Judge